**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**WILLIAM J. SIMPSON**,

    Defendant.

Case No. 7:13-CR-43 (HL)

**ORDER**

Before the Court is Defendant's Motion Reserving the Right to File Additional Motions (Doc. 14). The motion is denied. Defendant has a right to file timely motions in this case, without permission from the Court. The Court reminds defense counsel to follow the deadlines set forth in the Standard Pretrial Order (Doc. 7) for this case.

**SO ORDERED**, this the 25th day of November, 2013.

                                 *s/Hugh Lawson*_____
                                 **HUGH LAWSON, SENIOR JUDGE**

scr